Paul F. Clark (PC 2633)
WADE CLARK MULCAHY
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900
Attorneys for Defendants: HMC Capital Resources LLC,
Marriott Hotel Services, Inc. and MK West Street Company, L.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                21 MC 102 (AKH)
                                                  08CV02619(AKH)

-----------------------------------------------------------------------X

DELIO A. FELIZ (AND WIFE, EDELMIRA FELIZ),        **FED. R. CIV. P.
                                                  7.1 STATEMENT**

                          Plaintiff,

-against-

HMC CAPITOL RESOURCES CORP., et al,

                          Defendants.

-----------------------------------------------------------------------X

   Pursuant to Rule 7.1 of the Local Civil Rules of the Sothern District of New York

and to enable Judges and Magistrates of the Court to evaluate possible disqualification or

recusal, the undersigned attorney of record for the defendants, certifies that Host Hotels

& Resorts, Inc. is the parent corporation of HMC Capital Resources LLC, and Marriott

International Inc. is the parent corporation of Marriott Hotel Services, Inc. and MK West

Street Company, L.P.

Dated:  New York, New York
        May 30, 2008

                                        WADE CLARK MULCAHY

                                        /s/
                                        _____
                                        By: Paul F. Clark (PC 2633)
                                        Attorneys for HMC Capital Resources LLC,
                                        Marriott Hotel Services, Inc. and MK West
                                        Street Company, L.P.
                                        111 Broadway, 9th Floor
                                        New York, New York 10006
                                        (212) 267-1900

STATE OF NEW YORK        )
COUNTY OF NEW YORK   ) ss:

T. Coreentje Phipps, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in New York, New York.

That on May 30, 2008, deponent served the within **Fed. R. Civ. P. Rule 7.1 Statement** upon the attorneys and parties listed below by electronic mail:

TO:

Gregory J. Cannata, Esq.
THE LAW FIRM OF GREGORY J.
CANNATA
Plaintiff's Liaison Counsel
233 Broadway
New York, NY 10279

Robert Grochow, Esq.
ROBERT A. GROCHOW, P.C.
Plaintiff's Liaison Counsel
233 Broadway
New York, NY 10279

David Worby, Esq.
WORBY GRONER EDELMAN &
NAPOLI BERN, LLP
Plaintiff's Liaison Counsel
115 Broadway
New York, NY 10006

James E. Tyrrell, Jr., Esq.
PATTON BOGGS LLP
Defendants' Liasion Counsel
The Legal Center
One Riverfront Plaza
Newark, NJ  07102

Richard Williamson, Esq.
FLEMMING ZULACK WILLIAMSON
ZAUDERER, LLP
Defendants' Liaison Counsel
One Liberty Plaza
New York, NY 10006

WILSON ELSER, ET AL
Attorneys for Battery Park City Authority
3 Gannett Drive
White Plains, NY 10604

ESCHEN, FRENKLE & WEISMAN, LLP
Attorneys for Lionshead Development, LLC
20 West Main Street
Bay Shore, NY 11706

ESCHEN, FRENKLE & WEISMAN, LLP
Attorneys for Lionshead 110 Development, LLC
20 West Main Street
Bay Shore, NY 11706

DICKSTEIN    SHAPIRO    MORIN    &
OSHINSKY, LLP
2101 L. Street N.W.
Washington, DC 20037

/s/

_____

T. Coreentje Phipps

Sworn to before me this
30th day of May 2008

/s/

_____

Paul F. Clark